568

438 A.2d 637

Commonwealth v. O'Hara, Appellant.

Submitted December 5, 1980. Charles B. Swigart, for appellant; Daniel L. Howsare, District Attorney, for Commonwealth, appellee.

Before HESTER, SHERTZ and WIEAND, JJ.

Judgment of sentence affirmed.

438 A.2d 637

Commonwealth v. Sierra, Appellant.

Submitted March 4, 1981. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WICKERSHAM and BROSKY, JJ.

Judgment of sentence affirmed.